# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 16-7107** | **September Term, 2016** |
| | 1:15-cv-01580-RMC |
| | **Filed On: April 12, 2017** [1670789] |

Gary E. Johnson, et al.,

      Appellants

    v.

Commission on Presidential Debates, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 21, 2017, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Brown and Pillard, and Senior Circuit Judge Silberman.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 14, 2017.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      BY:    /s/
                 Michael C. McGrail
                 Deputy Clerk

The following forms and notices are available on the Court's website:

   Notification to the Court from Attorney Intending to Present Argument (Form 72)